PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allen Cadestin                                         Cr.: 04-00728-001

Name of Sentencing Judicial Officer: Honorable Harold A. Ackerman

Date of Original Sentence: 01/27/05

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 16 months imprisonment; 3 years supervised release; $29,220.20 restitution; $100 special assessment. Special conditions: financial disclosure, no new debt, and DNA collection.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/29/06

Assistant U.S. Attorney: Robert Andrew Kirsch, AUSA        Defense Attorney: Joseph R. Rubino, Esq.
                                                           374 Millburn Ave., Millburn, NJ 07041

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 5, 2007, Cadestin was arrested by the Newark, New Jersey Police Department after he was found to be in possession of a .357 Magnum handgun loaded with six (6) live rounds of ammunition. On July 13, 2007, in Essex County Superior Court, he was convicted of count one, unlawful possession of a weapon - handgun. He was sentenced to a three-year term of state probation. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>Cadestin failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
    U.S. Probation Officer
Date: 09/17/07

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: Nov. 20, 2007 at 11:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-7-07
Date